UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CARLOS ENRIQUE APONTE SOBRADO #33841-069,** <br> **Plaintiff** | **CIVIL DOCKET NO. 1:22-CV-06150** <br> **SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **USA,** <br> **Defendant** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Complaint (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS, DONE AND SIGNED** in Chambers this 13th day of April 2023.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**